Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1465 | **DATE** | 3/14/2011 |
| **CASE TITLE** | HOROWITZ vs. LIEUTENANT MICHELE, ET AL | | |

**DOCKET ENTRY TEXT**

Motion by Plaintiff Samuel Horowitz to voluntarily dismiss defendants Lieutenant Michele and Correctional Officer Edwards [35] pursuant to F.R.C.P. 41(a)(2) is granted.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TP |